**BYRD DAVIS FURMAN, LLP**
James H. Furman  *(pro hac vice)*
707 W. 34th Street
Austin, TX  78705
Phone:  (512) 454-3751
Fax:  (512) 451-5857
**SCHLEMMER & MANIATIS, L.L.P.**
Paul N. Schlemmer
111 Broadway, Suite 701
New York, NY  10006
Phone:  (212) 248-5060
Fax:  (212) 389-9793
*Attorneys for Plaintiff Micaela Martegani*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
MICAELA MARTEGANI, Individually, as                         :
Surviving Spouse, and as Executrix and Personal             :   Case No. 08-Civ.8809 (JGK)(KNF)
Representative of the Estate of IVANO LUINI,                :
deceased, and on behalf of all interested                   :
beneficiaries, including MATTIA LUINI,                      :   HON. KEVIN NATHANIEL FOX
                                                            :   United States Magistrate Judge
                                                            :
                    Plaintiff,                              :
                                                            :
             -against-                                      :
                                                            :
CIRRUS DESIGN CORPORATION,                                  :
BALLISTIC RECOVERY SYSTEMS, INC.                            :
and EAST END AVIATION, LLC,                                 :
                    Defendants.                             :
-------------------------------------------------------------X
CIRRUS DESIGN CORPORATION,                                  :
                                                            :
                    Third-Party Plaintiff,                  :
                                                            :
             - against-                                     :
                                                            :
ESTHER MONIQUE SAVARESE, as Executrix                       :
and Personal Representative of the Estate of                :
SERGIO SAVARESE, deceased,                                  :
                                                            :
                    Third-Party Defendant.                  :
-----------------------------------------------------------------X
and

1

```
-----------------------------------------------------------X
ESTHER MONIQUE SAVARESE, as                    :
Executrix and Personal Representative of the   :
Estate of Sergio Savarese, deceased,           :
                                               :
                Plaintiff,                     :
                                               :
        -against-                              :
                                               :
CIRRUS DESIGN CORPORATION,                     :
BALLISTIC RECOVERY SYSTEMS, INC.               :
and EAST END AVIATION, LLC,                    :
                                               :
                Defendants.                    :
-----------------------------------------------------------X
CIRRUS DESIGN CORPORATION,                     :
                                               :
                Third-Party Plaintiff,         :
                                               :
        - against-                             :
                                               :
MICAELA MARTEGANI, as Executrix                :
and Personal Representative of the Estate of   :
IVANO LUINI, deceased,                         :
                                               :
                Third-Party Defendant.         :
-----------------------------------------------------------X
```

### PLAINTIFF MICAELA MARTEGANI'S MOTION TO SEAL HER SUBMISSION OF WRONGFUL DEATH COMPROMISE SETTLEMENT PROCEEDING INFORMATION FOR PURPOSES OF OBTAINING APPROVAL OF SETTLEMENT

COMES NOW, Plaintiff MICAELA MARTEGANI, Individually and as Surviving Spouse, Executrix, and Personal Representative of the Estate of Ivano Luini, and as Mother, Natural Guardian and Next Friend of Mattia Luini, a minor, and files this her Unopposed Motion to Seal the document (and all of its attachments) previously presented to the Court on September 4, 2009, and being presented again on this date in updated format both entitled, "Submission of Wrongful Death Compromise Settlement Proceeding Information for Purposes of Obtaining Approval of Settlement."

Plaintiff would show that the resolution of this lawsuit stands to benefit a minor, and that, in the interest of protecting said minor, such document should be placed under seal of court.  The document contains confidential information including the name and date of birth of a minor and details of the settlement amounts.   In addition to protecting the minor, Plaintiff realizes that public availability of the document could potentially expose her and her son to various offers, scams, solicitations, etc. that would encompass an invasion of their privacy as well as being a nuisance and possibly even expose them to dangerous situations.   In order to avoid all such potential contacts and exposure, Plaintiff is requesting the Court to place the Submission documents under seal.

WHEREFORE, Plaintiff, respectfully requests that the Court place under seal Plaintiff Micaela Martegani's Submission of Wrongful Death Compromise Settlement Proceeding Information for Purposes of Obtaining Approval of Settlement (including all attachments thereto).

Dated  September 24, 2009.

Respectfully submitted,

**SCHLEMMER & MANIATIS, L.L.P.**
Paul N. Schlemmer
111 Broadway, Suite 701
New York, NY  10006
Phone:  (212) 248-5060
Fax:  (212) 389-9793
E-Mail:  pschlemmer@nyctriallawyers.com

_____s/ James H. Furman_____
**BYRD DAVIS FURMAN, LLP**
James H. Furman  *(pro hac vice)*
707 W. 34th Street
Austin, TX  78705
Phone:  (512) 454-3751
Fax:  (512) 451-5857
E-Mail:  jfurman@byrddavis.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing document has been sent via Federal Express to the Court and sent via facsimile and e-mail to the following counsel of record, on this 24th day of Sept, 2009:

      Oliver K. Beiersdorf                        *Fax: (212) 521-5450*
      E-mail: obeiersdorf@reedsmith.com
      Patrick Bradley
      E-mail: PBradley@ReedSmith.com
      REED SMITH LLP
      599 Lexington Avenue
      New York, NY  10022
      *Counsel for Cirrus Design Corporation*

      John O. Brennan                          *Fax: (516) 354-0814*
      E-mail: jbrennan@rbdllp.net
      RYAN, BRENNAN & DONNELLY LLP
      131 Tulip Avenue
      Floral Park, NY  11001
      *Counsel for East End Aviation LLC*


                                          _____s/ James H. Furman_____
                                          James H. Furman